IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

DAVID WAYNE LOWRY,            )
                              )
            Plaintiff,        )
                              )
v.                            )     Case No. CIV-08-1242-R
                              )
STEPHENS COUNTY JAIL,         )
                              )
            Defendant.        )

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Bana Roberts entered December 23, 2008 [Doc. No. 7]. [Doc. No. 9]. No objection to the Report and Recommendation has been filed nor has an extension of time to object been sought or granted.[1] Therefore, the Report and Recommendation of the Magistrate Judge [Doc. No. 7] is ADOPTED in its entirety and the matter is dismissed without prejudice.

IT IS SO ORDERED this 13th day of January, 2009.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE

---

[1] The Court Docket reflects that the Report and Recommendation was returned stamped "RETURN TO SENDER No Longer Here." Plaintiff has not complied with LCvR 5.4 by keeping the Court informed of any change of address.